# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**Jeanette Brown**,

    Plaintiff,

v.

**Taqueria Jalos**; **Stephen Zhao Jun Rong**; **Yang Hong**; **Danny Peng Ge Miao**; **Theresa H. Miao**,

    Defendants.

**Case No. 3:17-cv-05555-CRB**

**[Proposed] ORDER OF DISMISSAL**

Upon review of the parties' stipulation of dismissal and good cause appearing,

IT IS HEREBY ORDERED:

1. The Complaint, filed September 25, 2017, be dismissed with prejudice as to all parties, each party to bear his/her/its own attorneys' fees and costs; and

2. The Cross-Complaint filed November 2, 2017 (Dkt. 11) be dismissed without prejudice as to all Cross-Defendants.

Dated: November 15, 2018



CHARLES R. BREYER
United States District Court Judge